FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Thursday, July 02, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 02 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

DAVON ONEYL GRAVES
TDC# 1894833
BRADSHAW UNIT
P.O. BOX 9000
HENDERSON, TX 75653-9000

**Re:** GRAVES, DAVON ONEYL
**CCA No.** PD-0345-15
**Trial Court Case No.** 007-0901-13

**COA No.** 12-13-00350-CR

This Court is in receipt of the Pro Se's Petition for Discretionary Review in the above styled cause number. Records reflect an Opinion was issued by the 12th Court of Appeals on March 4, 2015, affirming the conviction; a motion for rehearing was not filed. The Appellant filed an extension of time to file Petition for Discretionary Review on March 27, 2015 and the motion was granted on this same date; Petition for Discretionary Review was due in the Court of Criminal Appeals on June 2, 2015. The 12th Court of Appeals issued mandate in the above styled cause on June 29, 2015.

Since the 12th Court of Appeals has issued mandate in this case, NO ACTION WILL BE TAKEN ON THIS PETITION. The petition is being scanned and made a permanent part of the record in this Court.

Sincerely,

Abel Acosta, Clerk

cc: Lisa McMinn (DELIVERED VIA E-MAIL)
12th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Attorney Smith County (DELIVERED VIA E-MAIL)

SUPREME COURT BUILDING, 201 WEST 14TH STREET, ROOM 106, AUSTIN, TEXAS 78701
WEBSITE WWW.TXCOURTS.GOV/CCA.ASPX